No. 6577.—BORIA, aplda., v. RIVERA, aplte.—C. D. Humacao. ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Enero 16, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, la parte demandada interpuso recurso de apelación en este caso el día primero de mayo de 1933, acogiéndose al procedimiento de exposición del caso;

POR CUANTO, la parte apelante solicitó y obtuvo dos prórrogas para preparar la exposición que había de servir de base al recurso interpuesto, habiendo vencido la última de dichas prórrogas el día 2 de julio de 1933;

POR CUANTO, no aparece de los autos que con posterioridad a dicha fecha se haya solicitado ni concedido ninguna otra prórroga, ni que el demandado apelante haya radicado la exposición del caso correspondiente;

POR TANTO, se declara con lugar la moción presentada por la parte apelada, y se desestima el recurso interpuesto por la demandada.